IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20204-UU

JANE DOE, by and through
Her mother and next friend, Mary Doe,

    Plaintiff,

v.

THE SCHOOL BOARD OF
MIAMI DADE COUNTY,

    Defendants.
_____/

## NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that the undersigned attorney will call to be heard on the Court's discovery calendar before the Honorable Magistrate John J. O'Sullivan, at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, 5th Floor, Miami, Florida 33128, on July 9, 2019 at 4:00 p.m.

## DISCOVERY DISPUTES

I.   **Plaintiff's Initial Disclosures.**

Plaintiff has provided no information regarding the damages sought. Plaintiff summarily notes that she has incurred expenses for counselling, and to get access to education. Plaintiff also notes she has incurred lost wages. Regardless of whether a final amount of damages has been computed, plaintiff is obligated to provide the expenses incurred to date.

II.   **Plaintiff's Responses to Defendant's First Requests for Production.**

Defendant requests better responses to Request for Production number 2, 11, 16-17, 24 and 26.

III.   **Plaintiff's Responses to Defendant's First Request for Admissions.**

Defendant requests better responses to Request for Admissions number 18-23, 26, 31, 33-35, 39-40, 42-46, 51, 53-54

*Jane Doe, a minor, v. The School Board of Miami-Dade County, Florida*
*Case No. 1:19-cv-20204-UU*

# LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), counsel for The School Board of Miami-Dade County. has attempted to confer and will continue to confer with Plaintiff's counsel in a good-faith effort to resolve the pending discovery disputes.

Respectfully submitted,

| | |
|---|---|
| Walter J. Harvey<br>School Board Attorney<br>The School Board of Miami-Dade County, Florida<br>1450 NE 2nd Avenue, Suite 430<br>Miami, Florida 33132<br><br>*/s/ Mary C. Lawson*<br>MARY C. LAWSON, ESQ.<br>Assistant School Board Attorney<br>FBN: 584223<br>E-mail: mlawson@dadeschools.net<br>*Counsel for Defendants School Board and Superintendent Alberto Carvalho* | HAMILTON, MILLER & BIRTHISEL<br>Attorneys for Defendants<br>150 SE 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 379-3686<br>Facsimile: (305) 373-2294<br><br>*/s/ Schuyler A. Smith*<br>SCHUYLER A. SMITH, ESQ.<br>FBN: 70710<br>E-mail: ssmith@hamiltonmillerlaw.com<br>Patricia Concepcion<br>E-mail: pconcepcion@hamiltonmillerlaw.com<br>FBN: 109058<br>*Counsel for Defendants School Board and Superintendent Alberto Carvalho* |

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2019, I certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List.

/s/ *Schuyler A. Smith*
Schuyler A. Smith, Esq.

*Jane Doe, a minor, v. The School Board of Miami-Dade County, Florida*
*Case No. 1:19-cv-20204-UU*

## SERVICE LIST

LEWIS F. MURPHY, ESQUIRE
STROOCK & STROOCK & LAVAN, LLP
200 S. Biscayne Blvd., Suite 3100
Miami, FL 33133
(305) 789-9300
lmurphy@stroock.com
docketing@stroock.com
crodriguez@stroock.com
*Attorney for Plaintiff*

ALICE K. NELSON, ESQUIRE
NELSON LAW GROUP
Of Counsel
14043 Shady Shores Drive
Tampa, FL 33613
(813) 254-5517
alice@nelsonlg.com
*Attorney for Plaintiff*

ALLISON L. HERTOG, ESQUIRE
MAKING SCHOOL WORK, P.L.
1550 Madruga Avenue, Suite 333
Miami, FL 33146
(305) 663-9233
Allison@makingschoolwork.com
*Attorney for Plaintiff*

EMILY MARTIN
NEENA CHAUDHRY
SHIWALI PATEL
ELIZABETH TANG
NATIONAL WOMEN'S LAW CENTER
11 Dupont Circle, Suite 800
Washington, D.C. 20036
(202) 588-5180
emartin@nwlc.org
nchaudhry@nwlc.org
spatel@nwlc.org
etang@nwlc.org
*Attorney for Plaintiff*