UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-20204-UU

JANE DOE,

v.

THE SCHOOL BOARD OF MIAMI-DADE
COUNTY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon non-party Katherine Fernandez Rundle's Objection to Subpoena to Produce Documents, Etc. and Motion to Quash Subpoena (D.E. 40).

THE COURT, having reviewed the Motion and pertinent parts of the record and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that the Motion, D.E. 40, is STRICKEN.  Pursuant to this Court's Scheduling Order, D.E. 37, the "moving party" in any discovery dispute shall, after actually conferring in a genuine effort to resolve the dispute, contact the chambers of Magistrate Judge O'Sullivan at (305) 523-5920 and place the matter on the next available discovery calendar.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record via CM/ECF
U.S. Magistrate Judge John J. O'Sullivan