IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20204-UU/O'SULLIVAN

JANE DOE, by and through
Her mother and next friend, Mary Doe,

    Plaintiff,
v.

THE SCHOOL BOARD OF
MIAMI DADE COUNTY,

    Defendant.
_____/

# AGREED ORDER SETTING
# COMPULSORY MEDICAL EXAMINATION

THIS CAUSE comes before the Court by agreement of the parties for entry of an Order for a Rule 35 Compulsory Medical Examination of Plaintiff, JANE DOE ("Jane Doe"). Defendant, THE SCHOOL BOARD OF MIAMI DADE COUNTY, served its Notice for the requested examination on September 19, 2019, to which Jane Doe objected. The parties have since resolved any objections to the request and agree, and the Court so Orders, that the examination shall proceed as follows:

1. **Name and Address of Physician**: Dr. Ana A. Rivas- Vasquez
   1385 Coral Way, Suite 402
   Miami, Florida 33145

2. **Date and Time of Examination:** Thursday, September 26, 2019
   12:30 pm

3. **Medical Specialty:** Clinical Psychology

4. The examination shall last no longer than six (6) hours excluding breaks.

5. The scope of the examination will consist of the following:

**Interviews:**

- Clinical Interview with Mary Doe and completion of Child Behavior Checklist (CBCL);

- Clinical Interview and Mental Status Examination of Jane Doe;

**Testing (Administered to Jane Doe Only):**

- Wechsler Adult Intelligence Scale 4th Edition (WAIS IV);

- Minnesota Multiphasic Personality Inventory – Adolescent (MMPI-A).

- Beck Youth Inventories for children and adolescents

- The High School Sentence Completion Test

- Thematic Apperception Test (TAT)

- Achenbach Youth Self-Report

6. The diagnostic interview of Jane Doe may be audio recorded by a device to be agreed upon by counsel, and provided by a litigation support company, using their regular procedures for audio recording CMEs. Plaintiff's counsel shall identify the audio device to be used to record the interviews, and the person or vendor that will be setting it up at Dr. Rivas-Vasquez's office, in advance of the examination. A copy of the audio recording shall be provided to Plaintiff's and Defendant's counsel at the earliest practicable time, to be determined in consultation with the litigation

support company following the conclusion of the examination. There shall be no recording of any kind of any testing.

7. Any inquiry into Jane Doe's post incident sexual activities shall be limited by the Court's previous order on the topic.

8. No third persons (including counsel for Plaintiff and Defendant), other than Jane Doe's mother, Mary Doe, and the Doctor's staff and/or other patients, are permitted to be within the Doctor's offices during the time set for the examination.

9. Mary Doe may not be in Jane Doe's presence while she is being tested, and shall not discuss the testing with Jane Doe while it is taking place, or during any breaks, or during the time set for the examination.

10. At the conclusion of the examination, Dr. Rivas-Vasquez will provide Jane Doe with a doctor's note for her to present to her school to explain her absence.

11. Defendant shall contact the administration of Barbara Hawkins Elementary School and inform her that Jane Doe's sister was with her sister at a doctor's appointment, and to consider that when in receipt of an excusal note from Mary Doe.

12. Defendant shall provide the examiner's report to the Plaintiff, pursuant to Rule 35(b), by October 4, 2019.

DONE AND ORDERED, in chambers, at Miami, Miami-Dade County, Florida on this <u>25th</u> day of September, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE