**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.:19-cv-20204-UU

JANE DOE, by and through
Her mother and next friend, Mary Doe,

    Plaintiff,
v.

THE SCHOOL BOARD OF
MIAMI-DADE COUNTY,

    Defendant.
_____/

**MEDIATOR'S REPORT**

**The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on October 1, 2019. The disposition was as follows:**

**All issues were resolved at mediation.**

Tina Scott Polsky, Esq.
North Castle Mediation
tinapolsky@nocastle.com
www.northcastlemediation.com
Office:  (561) 962-4400,  Ext. 706
Fax:  (561) 962-4401
Cell:  (561) 302-9693

                                By:_____/tsp/_____
                                  Tina Scott Polsky, Mediator

                                Dated:  10/1/19

Copies to:
Lewis Murphy, Esq. and others
Schuyler Smith, Esq.