UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-20204-UU

JANE DOE, by and through
Her mother and next friend, Mary Doe

     Plaintiff,
v.

THE SCHOOL BOARD OF
MIAMI-DADE COUNTY,

     Defendant.
_____/

## ORDER

THIS CAUSE is before upon Plaintiff's SEALED Motion for Approval of Mediated Settlement Agreement, or, Alternatively, for Extension of Time to Finalize Formal Settlement Agreement (D.E. 73).

THE COURT has considered the Motion and is otherwise fully advised in the premises. The Court will grant Plaintiff's unopposed request for an extension of time to file a final settlement agreement. D.E. 73 at 9. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 73, is GRANTED IN PART. The parties shall finalize negotiations, sign, and file a Final Settlement Agreement by **November 12, 2019**. If such papers are not filed by this deadline, all pending claims will be dismissed without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of November, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record