UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20204-UU

JANE DOE, by and through
Her mother and next friend, Mary Doe,

    Plaintiff,

v.

THE SCHOOL BOARD OF
MIAMI-DADE COUNTY,

    Defendant.
_____/

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation for Dismissal, with Prejudice (the "Stipulation") dated November 20, 2019. Upon review of same it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED.**

2. All claims asserted in the above-styled matter are **DISMISSED** with prejudice.

3. Each party shall bear its own attorney's fees and costs.

4. The Clerk shall **CLOSE** this case.

5. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida this __21st__ of November, 2019.

_____
THE HONRABLE URSULA UNGARO
DISTRICT COURT JUDGE

Copies to: counsel of record via CM/ECF